## C. W. KNIGHT ET AL. V. THE STATE.

No. 14776.   Delivered January 20, 1932.
Appeal Reinstated March 30, 1932.
Rehearing Withdrawn April 23, 1932.
Reported in 53 S. W. (2d) 310.

The opinion states the case.

*A. C. Chrisman,* of Cleburne, and *Mays & Mays,* of Fort Worth, for appellants.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—This is an appeal from a final judgment upon forfeiture of a bail bond.

There is nothing in the record showing that any briefs were filed in the trial court, or that there was a waiver of such filing. In an appeal from a judgment forfeiting a bail bond, the record will not be reviewed in the absence of a showing that briefs had been filed in the trial court in accordance with the statutory rules on the subject, or that there was a waiver of such filing. Bratton et al. v. State, 109 Texas Crim. Rep., 329, 4 S. W. (2d) 562. The state's attorney before this court moves that the appeal be dismissed. The motion must be sustained.

The appeal is dismissed.

*Dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON MOTION TO REINSTATE APPEAL.

LATTIMORE, JUDGE.—The defects in the record which led to our dismissal of this appeal at a former day of this term having been corrected, the appeal will be reinstated and considered upon its merits.

In the case of C. J. Dunn et al. v. State, 121 Texas Crim. Rep., 30, 53 S. W. (2d) 307, this day decided, we overrule the authority relied upon by the appellants herein, and held, after a discussion of the cases in

point, that a judgment nisi in form and substance similar to the one in the case before us, as well as a final judgment to the same effect, was valid. For the reasons given in that case we are compelled to hold against appellants herein.

The judgment will be affirmed.

*Affirmed.*

REHEARING WITHDRAWN.

MORROW, PRESIDING JUDGE.—This is an appeal from final judgment by sureties on forfeiture of bail bond.

Since the affirmance of the case at a former date, appellants have filed a written request, duly verified, asking that their motion for rehearing be withdrawn. The request is granted, and the motion is withdrawn.

*Withdrawn.*